# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES E. STATEN,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | )  CIVIL NO. 07-570-GPM |
| **MAYOR OFFICER and EAST ST. LOUIS POLICE DEPARTMENT,** | ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to proceed *in forma pauperis* is denied, and this action is dismissed with prejudice for failure to state a claim upon which relief may be granted.  Judgment is entered in favor of Defendants and against Plaintiff, and Plaintiff shall take nothing from this action.

**DATED**: 10/16/07

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
      Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                G. PATRICK MURPHY
                U.S. DISTRICT JUDGE